```
 1  SUZANNE K. BABB (Bar No. 229750)
    BEYERS | COSTIN
 2  200 Fourth Street, Suite 400
    Post Office Box 878
 3  Santa Rosa, California  95402-0878
    Telephone: (707) 547-2000
 4  Facsimile:  (707) 526-2746

 5  Attorneys for Defendant
    JAMES S. BOSTWICK
 6

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TODD THOMAS,**<br><br>                          Plaintiff,<br><br>vs.<br><br>**JAMES S. BOSTWICK,**<br><br>                          Defendant. | CASE NO.  CV 13 2544 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

    Pursuant to Local rule 6-1(a), Defendant James S. Bostwick ("Defendant") and Plaintiff Richard Todd Thomas ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, Plaintiff served his Complaint on Defendant on June 20, 2013;

    WHEREAS, Defendant currently has until July 11, 2013 to file an answer or other response to the Complaint;

    WHEREAS, Defendant has requested and Plaintiff has consented to an additional seven (7) days for Defendant to file an answer or other response to the Complaint;

    WHEREAS, an additional seven (7) days for Defendant to file an answer or other response to the Complaint will not alter the date of any event or any deadline already fixed by the Court;

///

///

///

1

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that Defendant shall file an answer or other response to Plaintiff's Complaint by July 18, 2013.

Dated: July ___, 2013

BEYERS | COSTIN

By: /s/ *Suzanne K. Babb*
Suzanne K. Babb
Attorneys for Defendant James S. Bostwick,

Dated: July 1?, 2013

/s/ *Steven M. Olson*
Steven M. Olson
Attorney for Plaintiff Richard Todd Thomas

Dated: 7/12/13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
C:\DOCUMENTS AND SETTINGS\SALTY\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK46F\STIP EXTENDTIME.DOC