Steven M. Olson, Esq. (State Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Plaintiff, Richard Todd Thomas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TODD THOMAS,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES S. BOSTWICK,<br><br>   Defendant.<br>_____/ | Case No. CV 13-2544 JCS<br><br><br>Judge: Honorable Joseph C. Spero |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER THEREON**

Plaintiff Richard Todd Thomas and Defendant James S. Bostwick, by and through their respective counsel of record, hereby stipulate as follows:

1. The December 13, 2013, Case Management Conference is continued to 1:30 p.m. on Friday, January 17, 2014, or such other time as directed by Magistrate Judge Joseph C. Spero, in light of a calendar conflict for counsel for the Defendant and in order to give the parties additional time to confer regarding potential settlement of the dispute and, if settlement is not achieved, to draft a joint statement of undisputed facts.

Dated: December 5, 2013          LAW OFFICE OF STEVEN M. OLSON

                                 */S/ Steven M. Olson*
                             By: _____
                                 Steven M. Olson
                                 Attorney for Plaintiff

Dated: December 6, 2013          BEYERS COSTIN, P.C.

                                 */S/ Suzanne K. Babb*
                             By: _____
                                 Suzanne K. Babb
                                 Attorney for Defendant

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER THEREON** - Page 1

**BASED UPON THE PARTIES' STIPULATION, IT IS SO ORDERED, AND THE CASE MANAGEMENT CONFERENCE IN THIS CASE IS CONTINUED TO 1:30 P.M. ON JANUARY 17, 2014.**

Dated: 12/11/13

**Joseph C. Spero**
**Magi**[strate Judge]

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER THEREON - Page 2