**B|C**
**BEYERS COSTIN**

200 FOURTH ST. SUITE 400  P.O. BOX 878  SANTA ROSA, CA 95402-0878
PHONE 707.547.2000  FAX 707.526.2746  WEB BEYERSCOSTIN.COM

A PROFESSIONAL CORPORATION

January 14, 2014

**Via E-Filing**

The Honorable Joseph C. Spero
U.S. District Court
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:  *Richard Todd Thomas v. James S. Bostwick*
          U.S. District Court / No.Distr. of CA / Case No. 13-CV-02544-JCS

Dear Judge Spero:

    A Further Case Management Conference is scheduled for this coming Friday, January 17, 2014 at 1:30 p.m. in Courtroom G, 15th Floor, San Francisco, in the above-entitled matter. I had initially planned to appear in person. However, something has come up that prevents that. I would like to request the Court's indulgence in making this late request for a telephonic appearance at this hearing. I will arrange a conference call number, and circulate that information to Mr. Olson and the Court two days prior to the scheduled hearing.

    Thank you for your consideration to this request.

                                     Respectfully,

                                     Suzanne K. Babb

SKB:bw

    IT IS HEREBY ORDERED THAT Suzanne Babb be permitted to appear telephonically at the Case Management Conference scheduled for January 17, 2014 at 1:30 p.m. in Courtroom G, 15th Floor, San Francisco. Ms. Babb will provide a conference call number to Mr. Olson and the Court two days prior to the hearing. Mr. Olson and Ms. Babb will be on standby at that number and await the Court's call.

Dated:   Jan. 15, 2014                                   _____
                                                   THE HONORABLE JOSEPH C. SPERO