SUZANNE K. BABB (SBN 229750)
**BEYERS** COSTIN **SIMON**
A Professional Corporation
200 Fourth Street, Suite 400; PO Box 878
Santa Rosa, California  95402-0878
Tel 707.547.2000  Fax 707.526.2746
sbabb@beyerscostin.com

Attorneys for Defendant James S. Bostwick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TODD THOMAS**,<br><br>                    Plaintiff,<br><br>   vs.<br><br>**JAMES S. BOSTWICK**,<br><br>                    Defendant. | CASE NO.  CV 13 2544 JCS<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR FURTHER BRIEFING** |

The Court hereby grants Defendant James S. Bostwick's request to submit supplemental briefing in support of his motion for summary judgment.  Defendant's Supplemental Brief attached as <u>Exhibit A</u> to the Request for Further Briefing is deemed filed.  Plaintiff may file a a response by close of business on Friday, August 29, 2014.

**IT IS SO ORDERED.**

Dated:   08/25/14                         _____
                                          The Honorable

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]*

1