1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7   RICHARD TODD THOMAS,                    Case No. 13-cv-02544-JCS

        Plaintiff,

8
        v.                                  **ORDER REGARDING MOTION FOR
9                                           ATTORNEYS' FEES**

    JAMES S. BOSTWICK, et al.,              Re: Dkt. No. 88
10
        Defendants.

11

12          The Court entered judgment for Plaintiff on September 3, 2014, and Plaintiff filed a

13  Motion for Attorneys' Fees on September 17, 2014.  Dkt. 88.  On October 1, 2014—the last day

14  by which Defendant could file a timely opposition—Defendant filed a Motion to Alter or Amend

15  Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.  Dkt. 92.  Defendant

16  also filed a "Notice of Stay" stating Defendant's understanding that this latest motion should serve

17  to "presently relieve the parties from preparing and filing additional pleadings in connection with

18  Plaintiff['s] . . . Motion for Attorneys' Fees."  Dkt. 94.

19          The Court agrees that interests of judicial economy would not be served by litigating

20  Plaintiff's Motion for Attorneys' Fees while the judgment on which it relies is in doubt.

21  Depending on the outcome of Defendant's Motion, Plaintiff's Motion may no longer be

22  warranted, or Plaintiff may wish to revise its contents.  The Court therefore DENIES Plaintiff's

23  Motion for Attorneys' Fees without prejudice.  Plaintiff may renew his Motion within fourteen

24  (14) days after the resolution of Defendant's Motion to Alter Judgment.

25          **IT IS SO ORDERED.**

26  Dated: October 2, 2014

27  _____

    JOSEPH C. SPERO
28  United States Magistrate Judge

United States District Court
Northern District of California