Steven M. Olson, Esq. (State Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Plaintiff, Richard Todd Thomas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TODD THOMAS, | Case No. CV 13-2544 JCS |
| Plaintiff, | |
| v. | |
| JAMES S. BOSTWICK, | Judge: Honorable Joseph C. Spero |
| Defendant. | |

**EX-PARTE MOTION TO CANCEL JUDGMENT DEBTOR'S EXAMINATION, AND ORDER THEREON**

Plaintiff Richard Todd Thomas shows as follows:

1. On July 22, 2015, on the Plaintiff's application, the Court issued an Order to Appear for Examination to Defendant James S. Bostwick.

2. After that date, the Plaintiff and the Defendant have reached agreement regarding periodic payments by the Defendant on his judgment debt to the Plaintiff. If the Defendant complies with the agreement, then the Plaintiff will not need to incur the expense and time of a judgment debtor examination.

WHEREFORE, the Plaintiff respectfully requests that the Court cancel the examination scheduled for August 21, without prejudice to the Plaintiff's right to submit a new application for judgment debtor's examination in the event the Defendant becomes delinquent in his promised periodic payments on his judgment debt to the Plaintiff.

Dated: August 20, 2015            LAW OFFICE OF STEVEN M. OLSON

                                  */S/ Steven M. Olson*
                                  By: _____
                                        Steven M. Olson
                                        Attorney for Richard Todd Thomas

**EX-PARTE MOTION TO CANCEL JUDGMENT DEBTOR'S EXAMINATION,
AND ORDER THEREON** - Page 1

1    **IT IS SO ORDERED.**

2    Dated: August 20, 2015

3    _____
     JOSEPH C. SPERO
4    Chief Magistrate



**EX-PARTE MOTION TO CANCEL JUDGMENT DEBTOR'S EXAMINATION,
AND ORDER THEREON** - Page 2